**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00206-CV

**DONAL R. SCHMIDT, JR., ET AL, Appellants**

**V.**

**COLIN RICHARDSON, ET AL, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06318**

## ORDER

Before the Court is the April 5, 2013 agreed motion for an extension of time to file a brief filed by appellants and appellees, Colin Richardson and Steven R. Henson. We **GRANT** the motion. Appellees, Colin Richardson and Steven R. Henson, shall file their brief on or before May 21, 2013.

/s/      CAROLYN WRIGHT
           CHIEF JUSTICE